4

United States District Court
Southern District of Texas
ENTERED

JUL 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

JUL 16 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT BLANKENSHIP, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-058 |
| | § | |
| WAYNE SCOTT, ET AL., | § | |
| Respondents. | § | |

# ORDER

Came on this day to be considered Respondents' First Motion for Extension of Time, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Respondents' First Motion for Extension of Time is GRANTED, and Respondents shall have up to and including August 10, 1998 to file a responsive pleading.

SIGNED on this the 16th day of July, 1998.

_____
JUDGE PRESIDING